1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   SAMUEL ARCHULETA,                          1:18-cv-00376-BAM (PC)

12                 Plaintiff,

13          v.                                   ORDER TRANSFERRING CASE TO THE
                                                 SACRAMENTO DIVISION OF THE
14   A. SMITH, et al.,                           EASTERN DISTRICT OF CALIFORNIA

15                 Defendant.

16

17          Plaintiff Samuel Archuleta ("Plaintiff"), a state prisoner proceeding *pro se*, has filed a

18   civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed *in forma*

19   *pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2).

20          In his complaint, Plaintiff alleges violations of his civil rights that took place in Lassen

21   County, which is part of the Sacramento Division of the United States District Court for the

22   Eastern District of California.  Therefore, the complaint should have been filed in the Sacramento

23   Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26   will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to

27   proceed *in forma pauperis*.

28   ///

                                                   1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **March 26, 2018**                    /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE